UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR208-19 |
| v. | INFORMATION |
| BARRINGTON CHUNG, | Violation:<br>18 USC § 3 |
| DEFENDANT. | Accessory after the Fact<br>(Armed Bank Robbery) |

## COUNT ONE
## ACCESSORY AFTER THE FACT
## (18 USC § 3)

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about April 10, 2008, in Glynn County, within the Southern District of Georgia, defendant **Barrington Chung**, knowing that an offense against the United States had been committed, that is, an armed bank robbery of the Atlantic National Bank, 710 Gloucester Street, Brunswick, Georgia, received, relieved and assisted the offender in order to hinder and prevent his apprehension; in violation of Title 18, United States Code, Section 3.

_____
EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

_____
James D. Durham
Assistant U.S. Attorney
Chief, Criminal Section

_____
Jeffrey J. Buerstatte
Assistant U.S. Attorney
(Lead Counsel)